Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−12853−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Avraham Save
    22 Mountain Way
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−0485

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/29/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 29, 2026
JAN: isd

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-12853-JKS |
| Avraham Save | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 29, 2026 | Form ID: 148 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Avraham Save, 22 Mountain Way, West Orange, NJ 07052-3717 |
| cr | + | Deutsche Bank National Trust Company, as Trustee f, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 521034038 | + | Dept. of Cardiothoracic Surgery, PO Box 8000, Dept. 549, Buffalo, NY 14267-0002 |
| 521034042 | | KML Law Group, 70 I Market Street, Suite 5000, Philadelphia, PA 19106 |
| 521034037 | + | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 521034040 | + | St. Barnabus Healthcare, PO Box 29965, New York, NY 10087-9965 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 29 2026 21:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 29 2026 21:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521226529 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 29 2026 21:24:00 | Deutsche Bank National Trust Company, C/O Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 521034049 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 29 2026 21:24:00 | Mr. Cooper, Attn: Bankrnptcy, PO Box 619094, Dallas, TX 75261-9094 |
| 521034044 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 29 2026 21:24:00 | Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 521034036 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 29 2026 21:24:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 521034045 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 29 2026 21:24:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 521034039 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 29 2026 21:24:00 | Nationstar Mortgage Inc, PO Box 619097, Dallas, TX 75261-9097 |
| 521034046 | + | Email/Text: ebn@rwjbh.org | Jun 29 2026 21:26:00 | RWJ Barnabus Health, PO Box 903, Oceanport, NJ 07757-0903 |
| 521034047 | + | Email/Text: ebn@rwjbh.org | Jun 29 2026 21:26:00 | St. Barnabus Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521034041 | * | Dept. of Cardiothoracic Surgery, PO Box 8000 Dept. 549, Buffalo, NY 14267-0002 |

District/off: 0312-2                                   User: admin                                   Page 2 of 2
Date Rcvd: Jun 29, 2026                               Form ID: 148                                  Total Noticed: 16

521034043     *+          KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812
521034048     *+          Nationstar Mortgage Inc, PO Box 619097, Dallas, TX 75261-9097

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Asaph Abrams
                                  bkecfinbox@aldridgepite.com

Marie-Ann Greenberg
                                  magecf@magtrustee.com

Matthew K. Fissel
                                  on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE FOR HARBORVIEW
                                  MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-9
                                  bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Steven Eisenberg
                                  on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for HarborView Mortgage Loan Trust Mortgage Loan
                                  Pass-Through Certificates, Series 2006-9 bkecf@sterneisenberg.com,
                                  jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee
                                  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5